441 A.2d 444

Commonwealth ex rel., Roth v. Owens, Appellant.

Argued December 5, 1980. John P. Lawler, for appellant; Nicholas Sabatine, for appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.